NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BLUE SPIKE, LLC,**
*Plaintiff-Appellant*

**v.**

**GOOGLE INC.,**
*Defendant-Appellee*

_____

2016-1054

_____

Appeal from the United States District Court for the Northern District of California in No. 4:14-cv-01650-YGR, Judge Yvonne Gonzalez Rogers.

_____

**JUDGMENT**

_____

KIRK ANDERSON, Garteiser Honea, PLLC, Tyler, TX, argued for plaintiff-appellant. Also represented by RANDALL T. GARTEISER, CHRISTOPHER A. HONEA; ERNEST YOUNG, Apex, NC.

MICHAEL BERTA, Arnold & Porter LLP, San Francisco, CA, argued for defendant-appellee. Also represented by NICHOLAS LEE, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 14, 2016                  /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court